# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-1292-GW(AGRx) | Date | March 24, 2016 |
|---|---|---|---|
| Title | *Michael Lopez v. Adel Edward Zaki M.D., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present                       None Present

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **June 23, 2016, at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

:

Initials of Preparer    KSS